John C. West – 007233
jwest@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street, Suite 2400
Phoenix, AZ 85004
Telephone: 602.382.4040
Facsimile: 602.382.4020

Attorneys for Defendant Unimerica Insurance Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Lee, | No. CV 11-02441-PHX-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Unimerica Insurance Company, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this matter has been settled. The parties will lodge a stipulation for dismissal upon execution of the settlement documents.

DATED this 30th day of August, 2012.

                                                    BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                                    By: s/John C. West
                                                          John C. West
                                                          One East Washington Street, Suite 2400
                                                          Phoenix, AZ 85004
                                                          Attorneys for Defendant Unimerica Insurance Company

012089\0067\1726078.1                 1

## CERTIFICATE OF SERVICE

☒ I hereby certify that on August 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott E. Davis – davis@scottdavispc.com

☐ I hereby certify that on ____, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By  s/Ashly White

BROWNSTEIN HYATT FARBER SCHRECK, LLP, A LAW CORPORATION
One East Washington Street, Suite 2400
Phoenix, AZ 85004